IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DIANE HALVORSON,

     Plaintiff,

v.

RASH CURTIS & ASSOCIATES,

     Defendant.

Civil Action No.: _____

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, DIANE HALVORSON, ("Plaintiff"), through her attorneys, KELLI DENISE MAYON, AND KROHN & MOSS, LTD., alleges the following against Defendant, RASH CURTIS & ASSOCIATES, ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Louisiana, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Baton Rouge, East Baton Rouge Parish, Louisiana.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency with a business office in Vacaville, California.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, El Dorado Care Center in Placerville, California, regarding Account #: 1137511.

11. Plaintiff's alleged debt owed to El Dorado Care Center in Placerville, California arises from transactions for personal, family, and household purposes.

12. Plaintiff's Mother allegedly incurred the debt owed to El Dorado Care Center in Placerville, California.

13. Plaintiff is her Mother's representative payee on Plaintiff's Mother's social security benefits.

14. Within the last year, Defendant called Plaintiff from 707-454-2010 in an attempt to collect a debt.

15. Within the last year, Defendant called Plaintiff on Plaintiff's home telephone at 225-769-5751 in an attempt to collect a debt.

16. Within the last year, Defendant threatened to place a derogatory mark on Plaintiff's credit report if Plaintiff did not pay the debt.

17. On January 10, 2010, Plaintiff mailed to Defendant a cease and desist letter (Plaintiff's letter to Defendant is attached as Exhibit A).

18. Despite receiving Plaintiff's letter attached as Exhibit A, Defendant continued to communicate with Plaintiff after January 20, 2010, in an attempt to collect the debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

    b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff;

    c. Defendant violated *§1692e* of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    d. Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that cannot legally be taken and/or that is not intended to be taken.

    e. Defendant violated *§1692e(8)* of the FDCPA by threatening to communicate to any person credit information which is known or which should be known to be false.

    f. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to place a derogatory mark on Plaintiff's credit report.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, DIANE HALVORSON, respectfully requests judgment be entered against Defendant, RASH CURTIS & ASSOCIATES, for the following:

3

20. Statutory damages of $1,000 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

22. Any other relief to which Plaintiff may be entitled.

RESPECTFULLY SUBMITTED,

DATED: May 24, 2011         By:  /s/ Kelli Denise Mayon
                                 Kelli Denise Mayon, Esq.
                                 Bar No. 32895
                                 Attorney for Plaintiff
                                 4429 Herrmann Street, Apt. D
                                 Metairie Louisiana 70006
                                 Tel: 504-401-0533
                                 kellimayon@gmail.com

                                 Of Counsel
                                 Krohn & Moss, Ltd.
                                 10474 Santa Monica Blvd., Suite 401
                                 Los Angeles, CA 90025
                                 323-988-2400 x235

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, DIANE HALVORSON, demands a jury trial in this case.

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF LOUISIANA

    Plaintiff, DIANE HALVORSON, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, DIANE HALVORSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_5/3/11_
Date

_Diane Halvorson_
DIANE HALVORSON

# **EXHIBIT A**

Rash-Curtis and Associates
190 S. Orchard Ave.
Suite C250
Vacaville, CA 95688

Jan. 10, 2010

Acct: 1137511

This debt is disputed.  Stop harassing phone calls immediately.

Refer to Fair Debt Collections Practicing Act.
Refer to Section 483.12(d)(2) of Title 42 of the Code of Federal Regulations.

Sincerely,

Diane Halvorson