## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

DIANE HALVORSON,

                                          Case No: 3:11-cv-00344

    Plaintiff,

                                          **PROPOSED ORDER**

    v.

RASH CURTIS & ASSOCIATES,

    Defendant.

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

                                                _____

                                                The Honorable Judge
                                                United States District Judge